**Order filed November 20, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00865-CV

_____

**TREY MELCHER AND YVONNE EVIE MELCHER, TRUSTEES OF THE EVIE MELCHER NON-EXEMPT TRUST, THE EVIE MELCHER EXEMPT TRUST AS PARTNER OF MELCHER INVESTMENTS GENERAL PARTNERSHIP AND S.K. BROTHERS, INC, Appellants**

**V.**

**HARRIS COUNTY AND THE STATE OF TEXAS, ACTING BY AND THROUGH THE TEXAS COMMISSION ON ENVIRONMENTAL QUALITY, Appellees**

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-52524**

## O R D E R

Appellant's brief was due November 4, 2012. No brief or motion for extension of time has been filed.

Unless appellants submit a brief to the clerk of this court on or before **December 20, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM